JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEX TEXTILES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHASON, INC., a California corporation; DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:18-cv-00578-RGK (JEMx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1  IT IS HEREBY ORDERED, based upon the stipulation between Plaintiff/Counterclaim Defendant Romex Textiles, Inc. on the one hand and Defendant/Counterclaimant Shason, Inc., on the other hand, that the above-captioned action and all claims alleged therein be dismissed with prejudice pursuant to Fed. R Civ. Proc. 41(a)(2).

Each party is to bear its own fees and costs, with the Court retaining jurisdiction for the purposes of enforcing the terms of the settlement reached by the parties.

DATED: March 11, 2019

*/s/ Gary Klausner*

R. GARY KLAUSNER
Judge of the United States District Court